RECEIVED

JUL 2 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Re: In re: ACTOS® (Pioglitazone) Products Liability Litigation
MDL No. 11-md-2299, All Cases

Date: July 24, 2013

## MINUTE ENTRY:
## AGENDA FOR JULY 25, 2013 STATUS CONFERENCE

The following matters will be addressed in the status conference scheduled to begin at 10:30 a.m. in Open Court on Thursday, July 25, 2013:

I. Report on Developments in the MDL since the June 20, 2013 Status Conference

II. Status of Federal and State Court Filings

III. Status of Discovery

IV. Report on status of outstanding Orders, if any

V. Common Benefit Claims Process Update

VI. A Bellwether Trial Update

VII. Report on status of outstanding Motions, if any

VIII. *Pro Se* issues, if any

IX. Next Status Conference: August 22, 2013